## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Eileen Benfield**            **BK NO. 21-01554**

       **Debtor(s)**

                        **Chapter 13**

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                    /s/ *Rebecca Solarz*
                                    Rebecca Solarz
                                    16 Jul 2021, 12:14:31, EDT

                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106
                                    215-627-1322