Certificate Number: 12433-PAM-DE-035910632

Bankruptcy Case Number: 21-01554



12433-PAM-DE-035910632

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2021, at 11:03 o'clock PM EDT, Eileen Benfield completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 12, 2021          By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher