United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 21-01554-MJC

Eileen Benfield                            Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                  Page 1 of 2

Date Rcvd: Aug 24, 2021                            Form ID: ntcnfhrg                               Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Benfield, 171 Swallow Circle, Bushkill, PA 18324-8731 |
| 5424200 | + | AIG, PO BOX 818006, CLEVELAND, OH 44181-8006 |
| 5424201 | + | BENSINGER & WEEKES, LLC, 529 SARAH ST, STROUDSBURG, PA 18360-2118 |
| 5428321 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5424208 | | LAKEVIEW / M&T BANK, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5424209 | + | PMC FEDERAL CREDIT UNION, PO BOX 1144, EAST STROUDSBURG, PA 18301-4444 |
| 5424212 | #+ | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2021 18:46:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5424202 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 24 2021 18:46:34 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5424203 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 19:02:06 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5424204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 18:46:32 | CITI CARDS/CITIBANK, P.O. BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5431014 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 24 2021 18:46:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5424205 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 24 2021 18:42:00 | INTERNAL REVENUE SERICE, 11601 ROOSEVELT BLVD., MAIL DROP POINT N, PHILADELPHIA, PA 19154 |
| 5424206 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 24 2021 18:46:34 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5424207 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 24 2021 18:42:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5427154 | | Email/Text: camanagement@mtb.com | Aug 24 2021 18:42:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5428724 | | Email/Text: bkrgeneric@penfed.org | Aug 24 2021 18:42:00 | Pentagon Federal Credit Union, PO BOX 1432, Alexandria, VA 22313-2231 |
| 5424210 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 18:46:24 | SYNCB/ CARE CREDIT, C/O P.O. BOX 965036, ORLANDO, FL 32896-0001 |
| 5424211 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | Aug 24 2021 18:46:34 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5424461 | + Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 18:46:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5428788 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5429873 | *P++ | PENTAGON FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, P O BOX 1432, ALEXANDRIA VA 22313-1432, address filed with court:, Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 26, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eileen Benfield lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eileen Benfield,  
**Debtor 1**

Chapter 13

Case No. 5:21−bk−01554−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 29, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 6, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 24, 2021 |

ntcnfhrg (08/21)