United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-01554-MJC |
| Eileen Benfield | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 05, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

**Recip ID     Recipient Name and Address**
+    ACA Law, James J Conaboy Esq, 1006 Pittston Ave, Scranton, PA 18505-4109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eileen Benfield rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eileen Benfield lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| EILEEN BENFIELD,<br><br>    Debtor | CASE NO. 5:21-bk-01554 -MJC |

**ORDER AUTHORIZING EMPLOYMENT OF PERSONAL INJURY COUNSEL**

Upon consideration of the Application to Employ Personal Injury Counsel, pursuant to which Debtor EILEEN BENFIELD seeks authority to employ and appoint ACA Law to represent her with respect to a personal injury case, and it appearing that no notice of a hearing on said Application should be given, and no adverse interest having been presented, and the Court being satisfied that they represent no interest adverse to the estate in the matters upon which they are to be engaged, that their employment is necessary and would be to the best interests of the estate, it is:

ORDERED that the Debtor, EILEEN BENFIELD, is hereby authorized to employ ACA Law to represent her in all matters arising in the personal injury case, and are further authorized to pay said attorneys through Application to approve settlement, in accordance with the Application and Affidavit filed as an exhibit thereto.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 5, 2022