In re:                                              Case No. 21-01554-MJC

Eileen Benfield                             Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                                                                 Page 1 of 3

Date Rcvd: Oct 16, 2024                    Form ID: 3180W                                          Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Benfield, 171 Swallow Circle, Bushkill, PA 18324-8731 |
| 5424200 | + | AIG, PO BOX 818006, CLEVELAND, OH 44181-8006 |
| 5424201 | + | BENSINGER & WEEKES, LLC, 529 SARAH ST, STROUDSBURG, PA 18360-2118 |
| 5424208 | | LAKEVIEW / M&T BANK, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5424209 | + | PMC FEDERAL CREDIT UNION, PO BOX 1144, EAST STROUDSBURG, PA 18301-4444 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 16 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5424202 | + | EDI: CAPITALONE.COM | Oct 16 2024 22:39:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5424203 | + | EDI: CITICORP | Oct 16 2024 22:39:00 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5424204 | + | EDI: CITICORP | Oct 16 2024 22:39:00 | CITI CARDS/CITIBANK, P.O. BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5431014 | | EDI: CAPITALONE.COM | Oct 16 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5435916 | | EDI: CITICORP | Oct 16 2024 22:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5424205 | | EDI: IRS.COM | Oct 16 2024 22:39:00 | INTERNAL REVENUE SERICE, 11601 ROOSEVELT BLVD., MAIL DROP POINT N, PHILADELPHIA, PA 19154 |
| 5424206 | | EDI: JPMORGANCHASE | Oct 16 2024 22:39:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5428321 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 16 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5424207 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 16 2024 18:42:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5436056 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 16 2024 18:42:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5543632 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 18:44:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 18:44:48 | LVNV Funding LLC, PO Box 10587, Greenville, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5435048 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 18:44:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5427154 | ^ | MEBN | Oct 16 2024 18:37:56 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5428724 | | Email/Text: bkrgeneric@penfed.org | Oct 16 2024 18:42:00 | Pentagon Federal Credit Union, PO BOX 1432, Alexandria, VA 22313-2231 |
| 5435919 | | EDI: PRA.COM | Oct 16 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5446881 | | EDI: Q3G.COM | Oct 16 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5446882 | + | EDI: Q3G.COM | Oct 16 2024 22:39:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5424210 | + | EDI: SYNC | Oct 16 2024 22:39:00 | SYNCB/ CARE CREDIT, C/O P.O. BOX 965036, ORLANDO, FL 32896-0001 |
| 5424211 | + | EDI: SYNC | Oct 16 2024 22:39:00 | SYNCB/LOWES, PO BOX 956005, ORLANDO, FL 32896-0001 |
| 5424461 | ^ | MEBN | Oct 16 2024 18:38:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5424212 | + | EDI: TDBANKNORTH.COM | Oct 16 2024 22:39:00 | TDRCS/RAYMOUR & FLANIGAN, 1000 MACARTHUR BLVD, MAHWAH, NJ 07430-2035 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5428788 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5429873 | *P++ | PENTAGON FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, P O BOX 1432, ALEXANDRIA VA 22313-1432, address filed with court:, Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 5436614 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024　　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Brent J Lemon
     on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

Robert J Kidwell, III
     on behalf of Debtor 1 Eileen Benfield rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
     on behalf of Debtor 1 Eileen Benfield lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eileen Benfield<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1417<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:21-bk-01554-MJC | |

# Order of Discharge            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Eileen Benfield

                                             **By the court:**

<u>10/16/24</u>

                                               Mark J. Conway, United States<br>                                               Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**